898

In the Matter of HOWARD W. CAPPALLO, Petitioner, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles of the State of New York, Respondent.—

Determination confirmed, without costs. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

GERALD LEAHY, Appellant, v. SAUL BOTNICK, Respondent and Third-Party Plaintiff. GORICK CONSTRUCTION CO., INC., Third-Party Defendant-Respondent.—

Order and judgment affirmed, without costs. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.